UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY INSURANCE FUND, and TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY ANNUITY FUND, and DISTRICT COUNCIL NO. 9 INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, AFL-CIO,<br><br>       Petitioners,<br><br>    – against –<br><br>ADEL-FIA CONTRACTING CORP.,<br><br>       Respondent. | **ORDER**<br><br>22 Civ. 2890 (ER) |

Ramos, D.J.:

  Petitioners filed a petition to confirm arbitration on April 7, 2022. Doc. 1. Respondent ADEL-FIA Contracting Corp. was served on April 11, 2022. Doc. 7. ADEL-FIA Contracting Corp. has not answered or appeared. Petitioners subsequently filed a motion for summary judgment on May 20, 2022. Doc. 8. The motion was served by mail on ADEL-FIA Contracting Corp. on May 20, 2022. Doc. 14. Since then, there has been no further activity in this case. Petitioners are instructed to submit a status report by no later than October 13, 2022.

  It is SO ORDERED.

Dated: October 5, 2022
     New York, New York

                           Edgardo Ramos, U.S.D.J.