**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TRUSTEES OF THE DISTRICT COUNCIL
NO. 9 PAINTING INDUSTRY INSURANCE
FUND, and TRUSTEES OF THE DISTRICT
COUNCIL NO. 9 PAINTING INDUSTRY
ANNUITY FUND, and DISTRICT COUNCIL
NO. 9 INTERNATIONAL UNION OF PAINTERS
AND ALLIED TRADES, AFL-CIO,

                                Petitioners,

     -against-                                                     22 **CIVIL** 2890 (ER)

                                                                          **JUDGMENT**

ADEL-FIA CONTRACTING CORP.,

                                Respondent.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 29, 2022, Petitioners' motion for summary judgment is GRANTED. The arbitration award is CONFIRMED, and judgment is entered in favor of Petitioners in the amount of $1,952.16, pursuant to the JTC's award. The Court has also GRANTED Petitioners' request for attorneys' fees and costs in the amount of $2,163.00. This judgment shall accrue post-judgment interest as mandated in 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:**  New York, New York

        December 30, 2022

                                                                   **RUBY J. KRAJICK**

                                                           _____
                                                                     **Clerk of Court**

                                  **BY:**           *K. Mango*

                                                           _____
                                                                     **Deputy Clerk**